**FILED**
July 3, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. CR.S-08-0284-FCD
           Plaintiff, )
v. )  ORDER FOR RELEASE OF
)  PERSON IN CUSTODY
MICHAEL JOSEPH SANTOS, )
)
           Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MICHAEL JOSEPH SANTOS, Case No. CR.S-08-0284-FCD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $100,000.00.

   _X_ Unsecured Appearance Bond (Interim)

   _X_ Appearance Bond with Surety

   _X_ (Other) Conditions as stated on the record.

   _X_ (Other) The Defendant is ordered released forthwith under a $100,000 unsecured bond. pending the posting of secured bond paperwork by 07/21/08.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  07/03/08  at 3:45pm

By _____
Edmund F. Brennan
United States Magistrate Judge