```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MICHAEL JOSEPH SANTOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-CR-284 FCD |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| MICHAEL JOSEPH SANTOS, ) | |
| Defendant. ) | Date: September 8, 2008 |
| ) | Time: 10:00 a.m. |
| _____ ) | Judge: Frank C. Damrell, Jr. |

   IT IS HEREBY STIPULATED AND AGREED between defendant, Michael Joseph Santos, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for September 8, 2008 may be continued to October 14, 2008 at 10:00 a.m.

   Defense counsel seeks additional time to review discovery and consider filing pretrial motions. In order to afford time to complete these tasks, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through October 14, 2008,

///

///

///

1 pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and
2 (B)(iv)(Local Code T4).

3                     Respectfully Submitted,

4                     DANIEL J. BRODERICK
                    Federal Defender
5

6 Dated:  September 4, 2008    /s/ T. Zindel
                    TIMOTHY ZINDEL
7                     Assistant Federal Defender
                    Attorney for MICHAEL JOSEPH SANTOS
8

9                     McGREGOR W. SCOTT
                    United States Attorney
10

11 Dated:  September 4, 2008    /s/ T. Zindel for W. Wong
                    WILLIAM S. WONG
12                     Assistant U.S. Attorney

13

14                       **O R D E R**

15    The status conference is continued to October 14, 2008 at 10:00 a.m.
16 The court finds that a continuance is necessary for the reasons stated
17 above and further finds that the ends of justice served by granting a
18 continuance outweigh the best interests of the public and the defendant
19 in a speedy trial.  Time is therefore excluded from the date of this
20 order through October 14, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
21 (B)(iv).

22    IT IS SO ORDERED.
23 Dated:  September 4, 2008
24                     FRANK C. DAMRELL, JR.
                    UNITED STATES DISTRICT JUDGE
25

26

27

28