```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MICHAEL JOSEPH SANTOS
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-CR-284 FCD |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER**<br>) **CONTINUING STATUS CONFERENCE**<br>) **AND EXCLUDING TIME** |
| MICHAEL JOSEPH SANTOS, | ) |
| Defendant. | ) Date:  October 14, 2008<br>) Time:  10:00 a.m.<br>) Judge: Frank C. Damrell, Jr. |

   IT IS HEREBY STIPULATED AND AGREED between defendant, Michael Joseph Santos, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for October 14, 2008 may be continued to November 3, 2008 at 10:00 a.m.

   Defense counsel seeks additional time to review discovery and consider filing pretrial motions. In order to afford time to complete these tasks, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through November 3, 2008,

///
///
///

1 pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and
2 (B)(iv)(Local Code T4).

3                                        Respectfully Submitted,

4                                        DANIEL J. BRODERICK
5                                        Federal Defender

6 Dated: October 9, 2008       /s/ T. Zindel
                                       TIMOTHY ZINDEL
7                                        Assistant Federal Defender
                                       Attorney for MICHAEL JOSEPH SANTOS
8

9                                        McGREGOR W. SCOTT
                                       United States Attorney
10

11 Dated: October 9, 2008       /s/ T. Zindel for W. Wong
                                       WILLIAM S. WONG
12                                        Assistant U.S. Attorney

13

14 **O R D E R**

15      The status conference is continued to November 3, 2008 at 10:00 a.m.
16 The court finds that a continuance is necessary for the reasons stated
17 above and further finds that the ends of justice served by granting a
18 continuance outweigh the best interests of the public and the defendant
19 in a speedy trial. Time is therefore excluded from the date of this
20 order through November 3, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
21 (B)(iv).

22      IT IS SO ORDERED.
23 Dated: October 9, 2008

24                                          FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE

25

26

27

28