# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION

The United States,

   -vs

Michael Santos            **Docket No. 2:08-CR-0284-FCD**

**COMES NOW** Rebecca A. Fidelman, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Michael Santos, who was released on a $100, 000 collateral bond by the Honorable Edmund F. Brennan, sitting in the Court at Sacramento, California, on the 2nd day of July , 2008, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court.

**OFFENSE:** 21:841(a)(1) - Manufacturing Marijuana Plants; 18:922(g)(1) - Felon in Possession of a Firearm; 18:922(g)(1) - Felon in Possession of Ammunition

**BOND CONDITIONS:** On July 2, 2008, the defendant was released on a $100,000 collateral bond, with Pretrial Services supervision and special conditions of release. Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On January 21, 2009, Mr. Santos was arrested for Driving Under the Influence of Alcohol, Driving with a BAC of .08% or Higher, and Open Container, by the Sacramento Police Department. Mr. Santos notified Pretrial Services immediately following his arrest.

**PRAYING THAT THE COURT WILL ORDER** this matter be placed on calendar, January 28, 2009, at 2:00 p.m., and order the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

**LAST KNOWN ADDRESS:** On file with Pretrial Services

**TELEPHONE NUMBER:** On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

                                                    Respectfully submitted,

                                                    /s/ Rebecca A. Fidelman
                                                    Rebecca A. Fidelman
                                                    Pretrial Services Officer
                                                    DATE: January 29, 2009

## ORDER

\_\_\_\_   The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $\_\_\_.

\_\_\_\_\_   The Court hereby orders this ex parte motion and order be sealed.

\_\_\_\_\_   The Court orders a summons be issued with an appearance date of _____.

\_\_X\_\_   The Court hereby orders this matter placed on this court's calendar on **Wednesday, January 28, 2009 at 2:00 p.m.** \_\_\_\_\_ and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

\_\_\_\_\_   The Court orders no action be taken.

                                                  Considered and ordered this 28th day of
                                                  January, 2009, and ordered filed and
                                                  made a part of the records in the above case.

                                                  s/s Gregory G. Hollows
*santos284.ord*                                 U.S. Magistrate Judge

**BOND CONDITIONS:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

4. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

5. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

6. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

7. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

8. You shall submit to drug or alcohol testing as approved by the pretrial services officer;

9. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

10. You shall clear up all outstanding warrants;

11. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.