```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL JOSEPH SANTOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>MICHAEL JOSEPH SANTOS,<br><br>               Defendant.<br>_____ | No. 2:08-CR-284 FCD<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date: February 17, 2009<br>Time: 10:00 a.m.<br>Judge: Frank C. Damrell, Jr. |

    IT IS HEREBY STIPULATED AND AGREED between defendant, Michael Joseph Santos, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for February 17, 2009 may be continued to February 23, 2009 at 10:00 a.m.

    The Parties believe they have largely resolved the case but need time to prepare a written plea agreement.  In order to afford time to complete these tasks, the parties agree that time under the Speedy Trial

///

///

///

1  Act should be excluded from the date of this order through February 23,
2  2009 pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and
3  (B)(iv)(Local Code T4).

4                                      Respectfully Submitted,

5                                      DANIEL J. BRODERICK
                                       Federal Defender
6

7  Dated:  February 12, 2009           /s/ T. Zindel
                                       TIMOTHY ZINDEL
8                                      Assistant Federal Defender
                                       Attorney for MICHAEL JOSEPH SANTOS
9

10                                     LAWRENCE G. BROWN
                                       Acting United States Attorney
11

12 Dated:  February 12, 2009           /s/ T. Zindel for W. Wong
                                       WILLIAM S. WONG
13                                     Assistant U.S. Attorney

14

15                                **O R D E R**

16      The status conference is continued to February 23, 2009, at 10:00
17 a.m.  The court finds that a continuance is necessary for the reasons
18 stated above and further finds that the ends of justice served by
19 granting a continuance outweigh the best interests of the public and the
20 defendant in a speedy trial.  Time is therefore excluded from the date of
21 this order through February 23, 2009, pursuant to 18 U.S.C. §
22 3161(h)(8)(A) and (B)(iv).

23      IT IS SO ORDERED.

24 Dated:  February 12, 2009

25                                     _____
                                       FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE
26

27

28

Stip & Order/Michael Santos          -2-