1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   MICHAEL JOSEPH SANTOS

7

8

9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,        )  No. 2:08-cr-0284 FCD
                                     )
14                  Plaintiff,       )
                                     )  **ORDER EXONERATING BOND**
15       v.                          )
                                     )
16  MICHAEL JOSEPH SANTOS,           )
                                     )
17                  Defendant.       )  Judge: Hon. Frank C. Damrell, Jr.
                                     )
18  _____ )

19

20       Mr. Santos has been remanded to the custody of the United States

21  Marshal to serve the sentence imposed by this Court on June 15, 2009.

22  Accordingly, the bond posted to secure his release is hereby exonerated.

23  The Clerk of the Court shall execute any appropriate reconveyances.

24       IT IS SO ORDERED.

25

26  Dated:  June 23, 2009

27                                    _____
                                      FRANK C. DAMRELL, JR.
28                                    UNITED STATES DISTRICT JUDGE